IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br>                 Plaintiffs, <br> v. <br> BROOKS RANGE CONTRACT SERVICES, INC., <br>                 Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S MOTION FOR EXTENSION OF TIME FOR RESPONSIVE PLEADINGS

Defendant, Brooks Range Contract Services, Inc. ("BRCS"), by counsel, states its motion, as follows:

1. Counsel for Defendant BRCS requested, and Plaintiff agreed, to an extension of time to April 27, 2007, for the filing of responsive pleadings in this case. This case was removed from the Superior Court of the District of Columbia on April 16, 2007.

2. The time permitted for BRCS's timely filing of responsive pleadings does not expire until April 23, 2007.

3. In light of the attached Consent order, oral argument on this motion is waived.

WHEREFORE, BRCS respectfully moves that the time permitted for them to file timely responsive pleadings be extended to April 27, 2007.

**BROOKS RANGE CONTRACT SERVICES, INC.**

By: ___/s/_____
                    Counsel

Karen A. Doner (Bar #458626)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)

## CERTIFICATE OF SERVICE

I hereby acknowledge that on this 20th day of April, 2007, a copy of the foregoing document was sent via e-filing to:

>Timothy P. Leahy
>14300 Gallant Fox Lane, Suite 120
>Bowie, Maryland 20715
>*Counsel for Plaintiffs*

>_____/s/_____
>Karen A. Doner

1420600v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br>     Plaintiffs, <br> <br> v. <br> <br> BROOKS RANGE CONTRACT SERVICES, INC., <br> <br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## CONSENT ORDER FOR EXTENSION OF TIME

On motion of Defendant Brooks Range Contract Services, Inc., and deeming it proper to do so, it is ORDERED that the time within which Defendant is permitted to file responsive pleadings be and hereby is extended from April 23, 2007, to April 27, 2007.

                _____
                United States District Judge

We ask for this:

_/s/_____
Karen A. Doner (Bar #458626)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)


_/s/_____
Timothy P. Leahy
BYRD & BYRD, LLC
14300 Gallant Fox Lane
Bowie, MD 20715
(301) 464-7448
Fax: (301) 805-5178

1442192v1