UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>    Plaintiffs,<br><br>        v.<br><br>BROOKS RANGE CONTRACT<br>SERVICES, INC.,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 07-693 (RCL)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER

Upon consideration of defendant's motion [2] for an extension of time to file responsive pleadings, and the entire record herein, it is hereby

ORDERED that the defendant's motion [2] is GRANTED, *nunc pro tunc*. Defendant shall have until April 27, 2007, by which to file responsive pleadings.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, June 1, 2007.