IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>          Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>          Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS REQUIRED BY LOCAL RULE 7.1

I, the undersigned, counsel of record for Brooks Range Contract Services, Inc., certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Brooks Range Contract Services, Inc. which have any outstanding securities in the hands of the public:  NONE.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

/s/ Karen A. Doner
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
kdoner@williamsmullen.com

Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 11th day of September, 2007, a copy of the foregoing *Disclosure of Corporate Affiliations and Financial Interests* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                              /s/ Thomas J. McKee, Jr.
                                              Thomas J. McKee, Jr.

1500088v1