September 12, 2007

United States District Court
For the District of Columbia
333 Constitution Avenue, NW
Washington, D.C. 20001

                                  Re:    Krakat v. Brooks Range
                                  Case no. Case No:  1:07-cv-00693-RCL

Dear Clerk:

      Pursuant to Local Rule 16.3, the parties report, submit the following proposed deadlines, and request that a Scheduling order be issued in this matter:

1. The deadline for to parties to make or arrange for disclosures required by Rule 26(a)(1), F.R.Civ.P. is November 2, 2007.
2. The deadline for the Plaintiff to designate experts is November 2, 2007.
3. The deadline for the Defendant to designate experts is December 2, 2007.
4. The deadline for other parties to be joined or the pleadings amended is January 2, 2008.
5. The deadline for to parties to complete discovery, including answers to interrogatories, document production, requests for admissions, and depositions is March 2, 2008.
6. The deadline for to parties to make or file dispositive motions is April 17, 2008.
7. The parties agree that this case may benefit from the Court's alternative dispute resolution (ADR) procedures. The parties agree that ADR is beneficial that it should occur after discovery is completed and the deadline for ADR is May 2, 2008.
8. The Pretrial conference in this matter shall be set on or about May 16, 2008, understanding that a trial will take place 30 to 60 days thereafter.
9. The parties do not agree that this case may be assigned to a Magistrate Judge for trial.

                                  Respectfully Submitted

                                  BYRD & BYRD, LLC

                                  /s/

                                  Timothy P. Leahy

CC:    Karen Doner, Esq.