IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>    Plaintiffs<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## JOINT MEET AND CONFER STATEMENT

**NOW COME** the Plaintiffs Robert Krakat and Donald Krakat and the Defendant Brooks Range Contract Services, Inc., by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure hereby file this Joint Meet and Confer Statement:

Pursuant to Local Rule 16.3, the parties report, submit the following proposed deadlines, and request that a Scheduling Order be issued in this matter reflecting the below considerations of the parties:

1. The deadline for to parties to make or arrange for disclosures required by Rule 26(a)(1), F.R.Civ.P. is November 2, 2007.

2. The deadline for the Plaintiff to designate experts is November 2, 2007.

3. The deadline for the Defendant to designate experts is December 2, 2007.

4. The deadline for other parties to be joined or the pleadings amended is January 2, 2008.

5. The deadline for to parties to complete discovery, including answers to interrogatories, document production, requests for admissions, and depositions is March 2, 2008.

6. The deadline for to parties to make or file dispositive motions is April 17, 2008.

7. The parties agree that this case may benefit from the Court's alternative dispute resolution (ADR) procedures. The parties agree that ADR is beneficial that it should occur after discovery is completed and the deadline for ADR is May 2, 2008.

8. The Pretrial conference in this matter shall be set on or about May 16, 2008, understanding that a trial will take place 30 to 60 days thereafter.

9. The parties do not agree that this case may be assigned to a Magistrate Judge for trial.

Respectfully Submitted,

| | |
|---|---|
| BYRD & BYRD, LLC | Williams Mullen, P.C. |
| /s/ | /s/ by Timothy P. Leahy by Consent |
| Timothy P. Leahy | Karen Doner, Esq. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___ day of September, 2007, a copy of the foregoing was mailed first class, postage pre-paid to:

Karen A. Doner (Bar No. 458626)
Thomas J. McKee, Jr. (Bar No. 492482)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)

/s/
_____
Timothy P. Leahy, Bar No. 15084

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>    Plaintiffs<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## **SCHEDULING ORDER**

Having considered the parties Meet and Confer Statement it is:

**ORDERED** that the following deadlines apply in this matter:

1. The deadline for to parties to make or arrange for disclosures required by Rule 26(a)(1), F.R.Civ.P. is November 2, 2007.

2. The deadline for the Plaintiff to designate experts is November 2, 2007.

3. The deadline for the Defendant to designate experts is December 2, 2007.

4. The deadline for other parties to be joined or the pleadings amended is January 2, 2008.

5. The deadline for to parties to complete discovery, including answers to

   interrogatories, document production, requests for admissions, and depositions is March 2, 2008.

6. The deadline for to parties to make or file dispositive motions is April 17, 2008.

7. The parties agree that this case may benefit from the Court's alternative dispute resolution (ADR) procedures. The parties agree that ADR is beneficial that it should occur after discovery is completed and the deadline for ADR is May 2, 2008.

8. The Pretrial conference in this matter shall be set on or about May 16, 2008, understanding that a trial will take place 30 to 60 days thereafter; and it is further;

**ORDERED**, in consideration that the parties do not agree that this case may be assigned to a Magistrate Judge, that this matter will be set before a Judge of this Court for trial.

cc: Timothy P. Leahy, Bar No. 15084
   Byrd & Byrd, LLC
   14300 Gallant Fox Lane, Suite 120
   Bowie, Maryland  20715
   (301) 464-7448
   (301) 805-5178 Fax

   Karen A. Doner (Bar No. 458626)
   Thomas J. McKee, Jr. (Bar No. 492482)
   Williams Mullen, P.C.
   8270 Greensboro Drive, Suite 700
   McLean, Virginia 22102
   703-760-5200 (phone)
   703-748-0244 (fax)

END OF ORDER