IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and DONALD KRAKAT, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) Case No: 1:07-cv-00693-RCL ) |
| BROOKS RANGE CONTRACT SERVICES, INC., | ) ) ) |
| Defendant. | ) |

## ORDER

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s ("BRCS") Motion to Dismiss the Complaint, and the opposition and reply thereto, it is hereby

ORDERED that BRCS's Motion to Dismiss the Complaint is DENIED.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on September 26, 2007.