UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT KRAKAT and DONALD KRAKAT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) ) | Civil Action No. 07-693 (RCL) |
| BROOKS RANGE CONTRACT SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

## SCHEDULING ORDER

Having considered the parties' Local Rule 16.3 Report, it is hereby

ORDERED that the following deadlines apply in this matter:

1. The deadline for parties to make or arrange for disclosures required by Rule 26(a)(1), F.R.Civ.P. is November 2, 2007.

2. The deadline for the Plaintiff to designate experts is November 2, 2007.

3. The deadline for the Defendant to designate experts is December 2, 2007.

4. The deadline for other parties to be joined or the pleadings amended is January 2, 2008.

5. The deadline for to parties to complete discovery, including answers to interrogatories, document production, requests for admissions, and depositions is March 2, 2008.

6. The deadline for to parties to make or file dispositive motions is April 17, 2008.

7. After the Court rules on any dispositive motions, the Court will schedule a status conference at which is will set dates for ADR, pretrial, and trial.

SO ORDERED.

Signed by Rocye C. Lamberth, United States District Judge, on September 26, 2007.