IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BROOKS RANGE CONTRACT SERVICES, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## **NOTICE OF DISCOVERY**

NOW COME Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and certify that their Answers to Interrogatories and Responses to Request for Production of Documents were mailed this 4th day of October, 2007, first class, postage included to Karen A. Doner (Bar No. 458626), Thomas J. McKee, Jr. (Bar No. 492482), Williams Mullen, P.C., 8270 Greensboro Drive, Suite 700, McLean, Virginia 22102.

I will retain the original discovery documents in my possession, without alteration, until the case is concluded in this Court, the time for noting an appeal has expired and any appeal noted has been decided.

Respectfully Submitted:

Byrd & Byrd, LLC

_____/s/_____
Timothy P. Leahy
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 8-5-5178 – Fax
Tleahy@byrdandbyrd.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 4th day of October, 2007, a copy of the foregoing Notice of Discovery was mailed first class, postage pre-paid to:

Karen A. Doner (Bar No. 458626)
Thomas J. McKee, Jr. (Bar No. 492482)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)

                                                            /s/
                                          Timothy P. Leahy