IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>     Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>     Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## SUPPLEMENTAL MEMORANDUM IN SUPPORT OF DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS

Defendant Brooks Range Contract Services, Inc. ("Defendant" or "BRCS"), by counsel, hereby submits its Supplemental Memorandum in Support of Defendant's Motion for Protective Order and for Sanctions, and states as follows:

1. Prior to filing Defendant's Motion for Protective Order and for Sanctions, Defendant's counsel spoke to Plaintiffs' counsel via telephone regarding the Motion. Upon information and belief, Plaintiffs' counsel informed Plaintiffs of the Motion being filed. As set forth in the Motion, Defendant seeks, among other things, a protective order prohibiting Plaintiffs from contacting witnesses in an attempt to harass and/or intimidate them.

2. This morning, James Cavanagh received a second harassing telephone call from Robert Krakat at his place of employment. According to Mr. Cavanagh, when he answered the telephone, Mr. Krakat said "you mother fucker – what the fuck are you doing!" or words to that effect. Mr. Krakat further stated that he can't believe Mr. Cavanagh is "siding with them [Defendant]" and that he is going to sue him. Mr. Krakat further stated that he is going to have his lawyer call Mr. Cavanagh. Mr. Cavanagh told him not to call him again.

3. Immediately upon learning of this second telephone call, Defendant's counsel left a message for Plaintiff's counsel, who is out of the office, for a return call.

4.	Early this afternoon, however, James Cavanagh received several telephone calls on his cell phone from a telephone number he did not recognize.  Upon Mr. Cavanagh finally answering one of the calls, the woman on the other end identified herself as Mr. Krakat's wife and said that Mr. Krakat wanted to speak with him.  Mr. Cavanagh hung up the telephone.

5.	Defendant's counsel has made further attempts to contact Plaintiffs' counsel to no avail.

Respectfully submitted,

_____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of December 2007, a true copy of the foregoing document was sent via electronic filing, to:

> Timothy P. Leahy, Esq.
> 14300 Gallant Fox Lane, Suite 120
> Bowie, Maryland 20715
> Counsel for Plaintiffs

> _____/s/_____
> Karen A. Doner

1542078v2

3