IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT KRAKAT and | ) | |
| DONALD KRAKAT, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No:  1:07-cv-00693-RCL |
| | ) | |
| BROOKS RANGE CONTRACT SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR EMERGENCY HEARING ON DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS**

COMES NOW Defendant Brooks Range Contract Services, Inc. ("Defendant" or "BRCS"), by counsel, and respectfully requests this Court set an Emergency Hearing on Defendant's Motion for Protective Order and for Sanctions.  Defendant files an accompanying memorandum in support of this motion.

Respectfully submitted,

_____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of December 2007, a true copy of the

foregoing document was sent via electronic filing, to:

> Timothy P. Leahy, Esq.
> 14300 Gallant Fox Lane, Suite 120
> Bowie, Maryland 20715
> Counsel for Plaintiffs


_____/s/_____
Karen A. Doner

1543713v1

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT KRAKAT and                           )
DONALD KRAKAT,                              )
                                            )
                    Plaintiffs,             )
                                            )
v.                                          )  Case No:  1:07-cv-00693-RCL
                                            )
BROOKS RANGE CONTRACT SERVICES, INC.,       )
                                            )
                    Defendant.              )

**MEMORANDUM IN SUPPORT OF MOTION FOR EMERGENCY HEARING ON
DEFENDANT'S MOTION FOR PROTECTIVE ORDER AND FOR SANCTIONS**

COMES NOW Defendant Brooks Range Contract Services, Inc. ("Defendant" or

"BRCS"), by counsel, and respectfully requests this Court set an Emergency Hearing on

Defendant's Motion for Protective Order and for Sanctions.  In support thereof, Defendant states

as follows:

1.      On December 13, 2007, Defendant filed a Motion for Protective Order and for

Sanctions relating to Plaintiff Robert Krakat's ("Mr. Krakat" or "Plaintiff") intimidation of

witness James Cavanagh ("Mr. Cavanagh").

2.      Prior to filing that Motion, undersigned counsel, in the afternoon of December 13,

2007, informed Mr. Krakat's counsel of the nature of the Motion and that Mr. Krakat had

contacted and harassed Mr. Cavanagh.

3.      Undersigned counsel has learned that after her conversation with Mr. Krakat's

counsel, and after the Motion was filed, Mr. Krakat again called Mr. Cavanagh in a threatening

and harassing manner in the morning of December 14, 2007.  The contents of this call are set

forth in Defendant's accompanying Supplemental Memorandum in Support of its Motion for

Protective Order and for Sanctions, which is incorporated herein by reference.

4.      Mr. Krakat made additional calls to Mr. Cavanagh in the afternoon of December

14, 2007  The contents of these calls are set forth in Defendant's accompanying Supplemental

Memorandum in Support of its Motion for Protective Order and for Sanctions.

5.      Mr. Cavanagh has expressed to undersigned counsel that he is concerned for the

safety of his family as a result of Mr. Krakat's repeated phone calls and harassment.

6.      Defendant will shortly be responding to Plaintiffs' Discovery Requests, which

request the names of persons with knowledge relating to this suit.  Defendant is hesitant to

disclose such names or proceed with further discovery for fear that such disclosure or discovery

will result in subsequent threats or harassment by Mr. Krakat and therefore undermine

Defendant's ability to present a defense.

WHEREFORE, Defendant respectfully requests an emergency hearing on Defendant's

Motion for Protective Order and Sanctions.

Respectfully submitted,


_____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant

2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 14th day of December 2007, a true copy of the

foregoing document was sent via electronic filing, to:

> Timothy P. Leahy, Esq.
> 14300 Gallant Fox Lane, Suite 120
> Bowie, Maryland 20715
> Counsel for Plaintiffs



_____/s/_____
Karen A. Doner

1542202v1

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No:  1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s Motion

for an Emergency Hearing on its Motion for Protective Order and Sanctions, it is hereby

ORDERED that the Motion for Emergency Hearing is GRANTED; and it is further

ORDERED that a hearing shall be held on _____.

IT IS SO ORDERED.

Entered this ____ day of _____ 200__.


_____
United States District Court Judge

WE ASK FOR THIS:


By _____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant


SEEN & _____ TO:


By _____
Timothy P. Leahy, Esq.
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
Counsel for Plaintiffs
1543725v1

2