UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT KRAKAT and DONALD KRAKAT, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-693 (RCL) |
| BROOKS RANGE CONTRACT SERVICES, INC., | ) ) ) ) | |
| Defendant. | ) ) | |

**<u>ORDER</u>**

Upon consideration of defendant's motion [20] for an emergency hearing on defendant's motion for protective order and for sanctions, it is hereby

ORDERED that the motion [20] for an emergency hearing is DENIED since neither counsel would appear in court today. It is further

ORDERED that the underlying motion [17] for protective order and for sanctions will be heard before this Court on Monday, December 17, 2007, at 2:00 p.m. Counsel for parties shall appear in person.

Further, to the extent that defendant's witness fears for his safety, the witness should contact local law enforcement or the Federal Bureau of Investigation.

SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on December 14, 2007.