IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS RANGE CONTRACT SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION OF Defendant Brooks Range Contract Services, Inc.'s Motion [17] for Protective Order and for Sanctions against Plaintiffs; it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that Plaintiffs Robert Krakat and Donald Krakat are ENJOINED from contacting any potential third-party witness in connection with the above-captioned suit unless such contact is in the presence of their counsel; and it is further

ORDERED that Plaintiffs Robert Krakat and Donald Krakat are ENJOINED from soliciting any person other than plaintiffs' counsel to contact any potential third-party witness in connection with the above-captioned suit unless such contact is in the presence of their counsel; and it is further

ORDERED that the Court's decision on sanctions as to Plaintiff Robert Krakat shall be deferred; and it is further

ORDERED that any deposition of James Cavanagh shall be conducted before Magistrate Judge Facciola. Counsel shall confer and propose dates for conduct of Cavanagh's deposition.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on December 17, 2007.