IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT KRAKAT and )
DONALD KRAKAT, )
)
              Plaintiffs, )
)
v. ) Case No: 1:07-cv-00693-RCL
)
BROOKS RANGE CONTRACT SERVICES, INC., )
)
             Defendant. )

*[Handwritten: Leave to file granted in open court this date. Royce C. Lamberth U.S.D.J. 12/17/07]*

*[Stamp: FILED DEC 17 2007 NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT]*

## DECLARATION

I, James Cavanagh, do hereby declare under penalty of perjury as follows:

1.     During the morning of December 14, 2007, I received a second harassing telephone call from Robert Krakat at my place of employment. When I answered the telephone, Mr. Krakat said "you mother fucker – what the fuck are you doing!" He went on to say that he could not believe that I was "siding with them" (referring to Brooks Range Contract Services) and that he was going to sue me. Mr. Krakat kept saying that that he was going to have his lawyer call me. I responded that his lawyer could call me all he wants but I am not going to speak to him. I told Mr. Krakat to not call me again.

2.     During the early afternoon of December 17, 2007, I received several telephone calls on my cell phone from a telephone number that I did not recognize. I did not want to answer the calls because I did not want to talk to Mr. Krakat if it was him trying to call me again. I finally answered one of the calls because I thought it might be someone else trying to reach me. When I answered the call, I asked the woman on the other end of the telephone if she was trying to reach James Cavanagh and she said "no, but my husband Bobby is, here he is". I immediately hung up the telephone.

- 2 -

3.  I am not friends with Mr. Krakat. Mr. Krakat's statements to me on December 17, 2007 were in a harassing manner. I am concerned for the safety of my family and I want him to stop contacting me.

I hereby declare under penalty of perjury that the foregoing is true and correct. Executed on December 17, 2007.

*[signature]*
James Cavanagh

1541104v2