IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT KRAKAT, et al.**      *

    **Plaintiffs**      *

v.      *      CASE NO: 1:07-cv-00693-RCL

**BROOKS RANGE CONTRACT SERVICES, INC.**      *

    **Defendant**      *

*********************************************************************

## AMENDED NOTICE OF DEPOSITION

PLEASE TAKE NOTICE that Plaintiffs Robert Krakat and Donald Krakat ("Plaintiffs"), by counsel, pursuant to Rule 30 of the Rules of the United States District Court for the District of Columbia shall, before a court reporter who is authorized to administer oaths, continue to take the deposition by oral examination of **Kevin M. Heffern** on **January 22, 2008** at **10:00 a.m.**, at the offices of Byrd & Byrd, 14300 Gallant Fox Lane, Suite 120, Bowie, Maryland 20715.

The deposition shall be recorded by stenographic means.

This deposition will be for the purposes authorized by the Federal Rules of Civil Procedure and the Local Rules, including discovery, or evidence at any hearing or trial, or both.

Respectfully Submitted,

BYRD & BYRD, LLC

Timothy P. Leahy, D.C. Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178 Fax
tleahy@byrdandbyrd.com
Counsel for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on December 21, 2007, a copy of the foregoing was sent via facsimile and mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.

Timothy P. Leahy, D.C. Bar No. 472964

2