IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT KRAKAT and )
DONALD KRAKAT, )
 )
           Plaintiffs, )
 )
v. ) Case No: 1:07-cv-00693-RCL
 )
BROOKS RANGE CONTRACT SERVICES, INC., )
 )
           Defendant. )

FILED
JAN - 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

### ORDER

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s ("BRCS" or "Defendant") Motion to Quash Subpoenas, and the opposition and reply thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that subpoenas issued by Plaintiffs and attached as Exhibits A and B to Defendant's Motion are hereby QUASHED, for the reasons well stated in defendant's reply memorandum.

IT IS SO ORDERED.

Entered this 4th day of January 2008.

_____
Royce C. Lamberth
United States District Court Judge

WE ASK FOR THIS:


By _____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant


SEEN & _____ TO:


By _____
Timothy P. Leahy, Esq.
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
Counsel for Plaintiffs
1543725v1