IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS RANGE CONTRACT SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## **DEFENDANT'S MOTION FOR COURT-ISSUED THIRD-PARTY SUBPOENA**

COMES NOW Defendant Brooks Range Contract Services, Inc. ("BRCS" or "Defendant"), by counsel, and respectfully requests the Court issue a third-party subpoena to the United States National Archives and Records Administration on behalf of Defendant and states the following in support thereof:

1. Defendant seeks to issue a subpoena to the United States National Archives and Records Administration ("NARA"). A copy of the subpoena is attached as Exhibit A.

2. Specifically, Defendant seeks the personnel file of Robert E. Krakat ("Mr. Krakat"), which is believed to be in the possession of NARA.

3. Mr. Krakat worked at the Armed Forces Retirement Home (the "Home") from 1974 to 2006. The personnel file believed to be in the possession of NARA will have information from Mr. Krakat's employment at the Home, including those times he worked at the Home but was employed by other entities and/or the government directly.

4. Mr. Krakat's performance and pattern of performance at the Home is at issue in this matter, and the requested documents are therefore directly relevant.

5. Under 5 U.S.C. 552a, the requested documents may only be disclosed by NARA pursuant to an order of this Court.  See 5 U.S.C. 552a(b)(11).

WHEREFORE, Defendant respectfully requests that the Court issue the subpoena attached as Exhibit A to this Motion, which will then be served upon NARA by Defendant, and for such other relief this Court may deem appropriate.

Respectfully submitted,

_____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 24th day of January, 2008, a copy of the foregoing document was served via e-filing, to:

>Timothy P. Leahy, Esq.
>14300 Gallant Fox Lane, Suite 120
>Bowie, Maryland 20715
>*Counsel for Plaintiffs*

_____/s/_____
Thomas J. McKee, Jr.

1559027v1

3

Issued by the
# UNITED STATES DISTRICT COURT
District of Columbia

**ROBERT KRAKAT and DONALD KRAKAT,**
  Plaintiffs,

v.

**BROOKS RANGE CONTRACT SERVICES, INC.,**

  Defendant.

**SUBPOENA IN A CIVIL CASE**
CASE NUMBER: 1:07-cv-00693-RCL

TO:   **Custodian of Documents/Records, United States National Archives and Records Administration**
      Attention: Gary M. Stern, General Counsel
      8601 Adelphi Road, Suite 3110
      College Park, MD 20740

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
| | DATE AND TIME |

☐ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| | |

☒ **YOU ARE COMMANDED** to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects): **SEE ATTACHMENT A**

| PLACE | DATE AND TIME |
|---|---|
| Karen A. Doner<br>Williams Mullen, P.C.<br>8270 Greensboro Drive, Suite 700<br>McLean, Virginia 22102 | FEBRUARY __, 2008<br>5:00 p.m. |

  Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| Judge Royce C. Lamberth<br>United States District Court | |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER:
Judge Royce C. Lambert
United States District Court for the District of Columbia
333 Constitution Avenue, N.W.
Washington, D.C. 20001
(202) 354-3000

(See Rule 45, Federal Rules of Civil Procedure, Parts C & D on Reverse)



AO 88 (Rev. 1/94) Subpoena in a Civil Case

## PROOF OF SERVICE

|  | DATE | PLACE |
|---|---|---|
| SERVED | | |

| SERVED ON (PRINT NAME) | MANNER OF SERVICE |
|---|---|

| SERVED BY (PRINT NAME) | TITLE |
|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on _____          _____
              DATE                                    SIGNATURE OF SERVER

                                                     _____
                                                     ADDRESS OF SERVER

---

Rule 45, Federal Rules of Civil Procedure, Parts C & D:

(c) PROTECTION OF PERSONS SUBJECT TO SUBPOENAS.

(1) A party or an attorney responsible for the issuance and service of a subpoena shall take reasonable steps to avoid imposing undue burden or expense on a person subject to that subpoena. The court on behalf of which the subpoena was issued shall enforce this duty and impose upon the party or attorney in breach of this duty an appropriate sanction which may include, but is not limited to, lost earnings and reasonable attorney's fee.

(2) (A) A person commanded to produce and permit inspection and copying of designated books, papers, documents or tangible things, or inspection of premises need not appear in person at the place of production or inspection unless commanded to appear for deposition, hearing or trial.

(B) Subject to paragraph (d)(2) of this rule, a person commanded to produce and permit inspection and copying may, within 14 days after service of subpoena or before the time specified for compliance if such time is less than 14 days after service, serve upon the party or attorney designated in the subpoena written objection to inspection or copying of any or all of the designated materials or of the premises. If objection is made, the party serving the subpoena shall not be entitled to inspect and copy materials or inspect the premises except pursuant to an order of the court by which the subpoena was issued. If objection has been made, the party serving the subpoena may, upon notice to the person commanded to produce, move at any time for an order to compel the production. Such an order to compel production shall protect any person who is not a party or an officer of a party from significant expense resulting from the inspection and copying commanded.

(3) (A) On timely motion, the court by which a subpoena was issued shall quash or modify the subpoena if it

(i) fails to allow reasonable time for compliance;
(ii) requires a person who is not a party or an officer of a party to travel to a place more than 100 miles from the place where the person resides,

is employed or regularly transacts business in person, except that, subject to the provisions of clause (c)(3)(B)(iii) of this rule, such a person may in order to attend trial be commanded to travel from any such place within the state in which the trial is held, or

(iii) requires disclosure of privileged or other protected matter and no exception or waiver applies, or

(iv) subjects a person to undue burden.

(B) If a subpoena

(i) requires disclosure of a trade secret or other confidential research, development, or commercial information, or

(ii) requires disclosure of an unretained expert's opinion or information not describing specific events or occurrences in dispute and resulting from the expert's study made not at the request of any party, or

(iii) requires a person who is not a party or an officer of a party to incur substantial expense to travel more than 100 miles to attend trial, the court may, to protect a person subject to or affected by the subpoena, quash or modify the subpoena, or, if the party in whose behalf the subpoena is issued shows a substantial need for the testimony or material that cannot be otherwise met without undue hardship and assures that the person to whom the subpoena is addressed will be reasonably compensated, the court may order appearance or production only upon specified conditions.

(d) DUTIES IN RESPONDING TO SUBPOENA.

(1) A person responding to a subpoena to produce documents shall produce them as they are kept in the usual course of business or shall organize and label them to corresponding with the categories in the demand.

(2) When information subject to a subpoena is withheld on a claim that it is privileged or subject to protection as trial preparation materials, the claim shall be made expressly and shall be supported by a description of the nature of the documents, communications, or things not produced that is sufficient to enable the demanding party to contest the claim.

1334711v13

## ATTACHMENT A

1. The personnel file of Robert E. Krakat, Sr., Social Security Number xxx-xx-3381, who was formerly employed at the Armed Forces' Retirement Home in the District of Columbia.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br>         Plaintiffs, <br> v. <br> BROOKS RANGE CONTRACT SERVICES, INC., <br>         Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s ("BRCS" or "Defendant") Motion to Issue a Third Party Subpoena to the United States National Archives and Records Administration, and any opposition thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED and that the subpoena attached as Exhibit A to Defendant's Motion shall be issued by this Court, to be served by Defendant upon the United States National Archives and Records Administration.

IT IS SO ORDERED.

Entered this ___ day of January 2008.

_____
United States District Court Judge

2

WE ASK FOR THIS:


By _____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia   22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant


SEEN & _____ TO:


By _____
Timothy P. Leahy, Esq.
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
Counsel for Plaintiffs

2