IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS RANGE CONTRACT SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

**CONSENT MOTION TO EXTEND DISCOVERY
AND THE MEET & CONFER EVENT DEADLINE**

**NOW COME** Plaintiffs, Robert and Donald Krakat, by and through their undersigned counsel, and move this Honorable Court to extend the deadlines in the meet and confer statement of the parties, and state in support of their motion as follows:

1. Counsel for Defendant Brooks Range Contract Services, Inc., consents to an extension of the deadlines in the meet and confer statement by two (2) months.

2. Plaintiffs have been unable to depose the Corporate Designee for Defendant, who has medical issues, as the deposition has been rescheduled twice already. The deposition has not yet been rescheduled.

3. Plaintiffs and Defendant have requested information pertinent, via Freedom of Information Act requests, to the matter from the Bureau of Public Debt, Division of Procurement, and neither party has received any information in response to their request.

4. Neither party will be prejudiced by an extension of the deadlines in the meet and confer statement.

5. It is in the interest of judicial economy for this Honorable Court to extend the deadlines in the meet and confer statement, as the parties need the additional time to complete discovery.

WHEREFORE, the Plaintiffs, Robert and Donald Krakat, respectfully request that this Honorable Court extend the deadlines in the meet and confer statement to allow for an additional two (2) months.

Respectfully Submitted:

/s/
Timothy P. Leahy
BYRD & BYRD, LLC
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178
*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion to Extend Deadline was mailed, first class, postage pre-paid on this 28th day of January 2008, to:

Karen A. Doner (Bar No. 458626)
Thomas J. McKee, Jr. (Bar No. 492482)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102

/s/
Timothy P. Leahy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>              Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

## **ORDER**

UPON CONSIDERATION OF Plaintiffs' Consent Motion to Extend Discovery and the Meet & Confer Event Deadlines; it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that the deadlines in the Meet & Confer Statement are EXTENDED by two (2) months.

SO ORDERED.

cc:    Timothy P. Leahy, Bar No. 15084
        Byrd & Byrd, LLC
        14300 Gallant Fox Lane, Suite 120
        Bowie, Maryland 20715
        (301) 464-7448
        (301) 805-5178 Fax

Karen A. Doner (Bar No. 458626)
Thomas J. McKee, Jr. (Bar No. 492482)
Williams Mullen, PC
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102

**END OF ORDER**