IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>               Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No:  1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

**ORDER**

UPON CONSIDERATION OF Plaintiffs' Consent Motion to Extend Discovery and the

Meet & Confer Event Deadlines; it is hereby

ORDERED that Plaintiffs' Motion is GRANTED; and it is further

ORDERED that the deadlines in paragraphs 5 and 6 of the September 26, 2007

Scheduling Order are EXTENDED by two month; so discovery shall conclude by

May 2, 2008, and dispositive motions shall be filed by June 17, 2008.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, on January 25, 2008.