IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>    Plaintiffs<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>    Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>) |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**REPLY IN OPPOSITION TO**
**MOTION FOR COURT-ISSUED THIRD-PARTY SUBPOENA**

    **NOW COME** the Plaintiffs Robert Krakat and Donald Krakat, by and through their undersigned counsel, and pursuant to the Federal Rules of Civil Procedure hereby file this Reply in Opposition to Motion for Court-Issued Third-Party Subpoena:

    Defendant successfully quashed Plaintiff's subpoenas for the personnel files of Kevin Heffern's employers previous to the Defendant and now, ironically and with hubris, motions the Court for a subpoena to allow Defendant to get the personnel files of Plaintiff Robert Krakat's previous employers. See January 4, 2008 Order of this Court.

    It should be noted that Defendant already subpoenaed, and has received, the records of JHT Contracting, Robert Krakat's employer immediately prior to the Defendant. Defendant now seeks records going back to 1974. Defendant asserts, at ¶ 4 of its motion that "Mr. Krakat's performance and pattern of performance at the Home is at issue in this matter." While that performance during Robert Krakat's employment with the Defendant is relevant, Robert Krakat's performance prior to that employment with the Defendant and back to 1974 is not at issue or relevant. Defendant appears to be seeking information similar to "prior bad acts,"

which would not be admissible under the rules of evidence. Robert Krakat's job performance in 1974, or 2004, is irrelevant to his performance with the Defendant in 2005 through 2006. Defendant has not proffered any reason why the requested information might be relevant. As Defendant stated in its successful Motion to Quash the Plaintiff's subpoenas Kevin Heffern's former employers, such a document request is a "fishing expedition." Consequently, the requested information is not reasonably calculated to lead to the discovery of admissible evidence and the Motion should be denied. See Macintosh v. Bldg. and Manager Ass'n Int'l, 231 F.R.D. 106, 108-09 (D.D.C. 2005) (stating that a litigant is not entitled to a an entire personnel file because of the possibility that there is something in it that may prove his case).

Undersigned counsel discussed this matter with Thomas J. McKee, Jr. but the parties were not able to resolve this dispute.

Respectfully Submitted:

BYRD & BYRD, LLC

/s/

_____
Timothy P. Leahy, D.C. Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178 – Fax
Tleahy@byrdandbyrd.com
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on this 29th day of January, 2008, a copy of the foregoing was mailed first class, postage pre-paid to:

Karen A. Doner (Bar No. 458626)
Thomas J. McKee, Jr. (Bar No. 492482)
Williams Mullen, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia 22102
703-760-5200 (phone)
703-748-0244 (fax)

                /s/
                _____
                Timothy P. Leahy, Bar No. 15084

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs <br><br> v. <br><br> BROOKS RANGE CONTRACT SERVICES, INC., <br><br> Defendant | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

*************************************************************************

## ORDER DENYING MOTION FOR COURT-ISSUED THIRD-PARTY SUBPOENA

Having considered the Defendant's Motion for Court-Issued Third-Party Subpoena and the Plaintiff's Reply in Opposition thereto, the Motion Defendant's Motion for Court-Issued Third-Party Subpoena is **DENIED**.

    cc:    Timothy P. Leahy, Bar No. 15084
              Byrd & Byrd, LLC
              14300 Gallant Fox Lane, Suite 120
              Bowie, Maryland  20715

              Karen A. Doner
              Thomas J. McKee, Jr.
              Williams Mullen, P.C.
              8270 Greensboro Drive, Suite 700
              McLean, Virginia 22102

END OF ORDER