IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br> <br> Plaintiffs, <br> <br> v. <br> <br> BROOKS RANGE CONTRACT SERVICES, INC., <br> <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## **ORDER**

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s ("BRCS" or "Defendant") Motion to Issue a Third Party Subpoena to the United States National Archives and Records Administration, and the opposition and reply thereto, it is hereby

ORDERED that Defendant's Motion is GRANTED and that the subpoena attached as Exhibit A to Defendant's Motion shall be issued by this Court, with a copy of this Order, to be served by Defendant upon the United States National Archives and Records Administration.

IT IS SO ORDERED.


Signed by Royce C. Lamberth, United States District Judge, on February 1, 2008.