IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS RANGE CONTRACT SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

### DEFENDANT'S REQUEST FOR HEARING ON ITS RENEWED MOTION FOR SANCTIONS

Defendant Brooks Range Contract Services, Inc., by counsel, respectfully requests an Oral Hearing on its Renewed Motion for Sanctions.

                                                                                          Respectfully submitted,

                                                                             _____/s/_____
                                                                             Karen A. Doner (#458626)
                                                                             Thomas J. McKee, Jr. (#492482)
                                                                             WILLIAMS MULLEN, P.C.
                                                                             8270 Greensboro Drive, Suite 700
                                                                             McLean, Virginia  22102
                                                                             (703) 760-5238
                                                                             (703) 748-0244 (fax)
                                                                             Counsel for Defendant

2

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 7th day of March 2008, a true copy of the foregoing document was sent via electronic filing, to:

> Timothy P. Leahy, Esq.
> 14300 Gallant Fox Lane, Suite 120
> Bowie, Maryland 20715
> Counsel for Plaintiffs

                                            _____/s/_____
                                            Thomas J. McKee, Jr.

1575977v1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br>               Plaintiffs, <br> v. <br> BROOKS RANGE CONTRACT SERVICES, INC., <br>               Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No: 1:07-cv-00693-RCL <br> ) <br> ) <br> ) <br> ) |

## ORDER

UPON CONSIDERATION OF Defendant Brooks Range Contract Services, Inc.'s Motion for Oral Hearing on its Renewed Motion for Sanctions; it is hereby

ORDERED that Defendant's Motion is GRANTED; and it is further

ORDERED that an oral hearing on Defendant's Renewed Motion for Sanctions shall be held on _____.

Entered this ____ day of March 2008.

 

_____
United States District Court Judge

WE ASK FOR THIS:


By _____/s/_____
Karen A. Doner (#458626)
Thomas J. McKee, Jr. (#492482)
WILLIAMS MULLEN, P.C.
8270 Greensboro Drive, Suite 700
McLean, Virginia  22102
(703) 760-5238
(703) 748-0244 (fax)
Counsel for Defendant


SEEN & _____ TO:


By _____
Timothy P. Leahy, Esq.
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
Counsel for Plaintiffs

1575991v1