`UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, | ) <br> ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Civil Action No. 07-693 (RCL) |
| BROOKS RANGE CONTRACT <br> SERVICES, INC., | ) <br> ) <br> ) | |
| Defendant. | ) <br> ) | |

## ORDER

Now comes before this Court Defendant's Renewed Motion for Sanctions [37], Plaintiffs' Opposition [38], Defendant's Reply thereto [40], and Plaintiffs' Surreply [43] thereto, Plaintiffs' Motion to Vacate [39] the Protective Order [22] issued by the Court on December 17, 2007, Defendant's Opposition [41], and Plaintiffs' Reply [42] thereto, Defendant's Request for Hearing [44] on its Renewed Motion for Sanctions [37], Plaintiffs' Motion to Compel [45], Defendant's Opposition [46] thereto, and Defendant's Consent Motion for Leave to File Amended Answer [47]. Upon consideration of the foregoing, applicable law and the entire record herein, it is hereby

ORDERED that Defendant's Renewed Motion for Sanctions [37] is DENIED; and it is further,

ORDERED that Plaintiffs' s Motion to Vacate [39] the Protective Order [22] is DENIED; and it is further,

ORDERED that Defendant's Request for Hearing [44] on its Renewed Motion for

Sanctions [37] is DENIED: and it is further,

ORDERED that Plaintiffs' Motion to Compel [45] is DENIED; and it is further,

ORDERED that Defendant's Consent Motion for Leave to File Amended Answer [47] is GRANTED.  The Amended Answer [47] shall be deemed filed this date.

SO ORDERED.


Signed by Royce C. Lamberth, Chief Judge, June 20, 2008.