# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and DONALD KRAKAT, | ) ) ) |
| Plaintiffs | ) ) ) |
| v. | ) Case No: 1:07-cv-00693-RCL |
| | ) |
| BROOKS RANGE CONTRACT SERVICES, INC., | ) ) |
| Defendant | ) ) ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF LODGING UNDER SEAL

**NOW COME** the Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Notice of Lodging Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Leave to File Documents Under Seal.

Respectfully Submitted,

BYRD & BYRD, LLC

/s/
_____
Timothy P. Leahy, Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178 Fax
tleahy@byrdandbyrd.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Notice of Lodging Under Seal was mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.


/s/
_____
Timothy P. Leahy, Bar No. 472964