**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KRAKAT and** | ) |
| **DONALD KRAKAT,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No:  1:07-cv-00693-** |
| **RCL** | |
| | ) |
| **BROOKS RANGE CONTRACT SERVICES, INC.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## CONSENT MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL

     **NOW COME** the Plaintiffs Robert Krakat and Donald Krakat (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Consent Motion for Leave to File Documents Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment:

1.     Pursuant to this Court's November 20, 2007 Protective Order Governing

     Discovery Defendant has produced documents which it has identified as

     confidential.

2.     Plaintiff has filed a Memorandum in Opposition to Defendant's Motion for

     Summary Judgment and relies, in part, on documents identified by the Defendant

     as confidential including:

     a     BRCS Docs. No. 1104 as Ex. 5 to the Memorandum in Opposition;

     b.     BRCS Docs Nos. 1099 – 1103 as Ex. 7 to the Memorandum in

          Opposition;

     c.     BRCS Docs Nos. 232 – 239 as Ex. 8 to the Memorandum in Opposition;

d.    BRCS Docs Nos. 747 and 951 as Ex. 13 to the Memorandum in

Opposition.

3.    Defendant's counsel has requested that the documents be filed under seal and they

will be submitted directly to the Clerk's Office, attached hereto, rather than

attached through the ECF.

   **WHEREFORE** Plaintiffs Robert and Donald Krakat respectfully request this
Honorable Court grants this Motion for Leave to File Documents Under Seal.

Respectfully Submitted,

BYRD & BYRD, LLC


/s/

_____
Timothy P. Leahy, Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178 Fax
tleahy@byrdandbyrd.com

### CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Request for
Leave to File a Motion for Documents Under Seal was mailed first class, postage pre-paid
to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.

/s/

_____
Timothy P. Leahy, Bar No. 472964

2

**IN THE UNITED STATES
DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **ROBERT KRAKAT, ET. AL.** | * | |
| | * | **CASE NO:    1:07-cv-00693-RCL** |
| **Plaintiffs** | * | |
| | * | |
| **v.** | * | |
| | * | |
| **BROOKS RANGE CONTRACT** | * | |
| **SERVICES, INC.** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

In consideration of the Plaintiff's Consent Motion for Leave to File Documents Under Seal, Plaintiff's Motion is **GRANTED** and the following documents will be filed under seal with the Court:

a       BRCS Docs. No. 1104 as Ex. 5 to the Memorandum in Opposition;

b.      BRCS Docs Nos. 1099 – 1103 as Ex. 7 to the Memorandum in Opposition;

c.      BRCS Docs Nos. 232 – 239 as Ex. 8 to the Memorandum in Opposition;

d.      BRCS Docs Nos. 747 and 951 as Ex. 13 to the Memorandum in Opposition.

_____    _____
Date              Honorable Judge of the U.S. District Court for the District of Maryland

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KRAKAT and** | ) |
| **DONALD KRAKAT,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No:  1:07-cv-00693-** |
| **RCL** | |
| | ) |
| **BROOKS RANGE CONTRACT SERVICES, INC.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF LODGING UNDER SEAL**</u>

     **NOW COME** the Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Notice of Lodging Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Leave to File Documents Under Seal.

                  Respectfully Submitted,

                  BYRD & BYRD, LLC

                  /s/

                  _____
                  Timothy P. Leahy, Bar No. 472964
                  14300 Gallant Fox Lane, Suite 120
                  Bowie, Maryland 20715
                  (301) 464-7448
                  (301) 805-5178 Fax
                  tleahy@byrdandbyrd.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Notice of Lodging Under Seal was mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.

/s/
_____
Timothy P. Leahy, Bar No. 472964

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KRAKAT and** | ) |
| **DONALD KRAKAT,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No: 1:07-cv-00693-** |
| **RCL** | |
| | ) |
| **BROOKS RANGE CONTRACT SERVICES, INC.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF LODGING UNDER SEAL**</u>


    **NOW COME** the Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Notice of Lodging Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Leave to File Documents Under Seal.


    Respectfully Submitted,

    BYRD & BYRD, LLC



    /s/

    _____
    Timothy P. Leahy, Bar No. 472964
    14300 Gallant Fox Lane, Suite 120
    Bowie, Maryland 20715
    (301) 464-7448
    (301) 805-5178 Fax
    tleahy@byrdandbyrd.com

## **CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Notice of Lodging Under Seal was mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.


    /s/
    _____
    Timothy P. Leahy, Bar No. 472964

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KRAKAT and** | ) |
| **DONALD KRAKAT,** | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No: 1:07-cv-00693-** |
| **RCL** | |
| | ) |
| **BROOKS RANGE CONTRACT SERVICES, INC.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## NOTICE OF LODGING UNDER SEAL

NOW COME the Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Notice of Lodging Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Leave to File Documents Under Seal.

Respectfully Submitted,

BYRD & BYRD, LLC

/s/

_____
Timothy P. Leahy, Bar No. 472964
14300 Gallant Fox Lane, Suite 120
Bowie, Maryland 20715
(301) 464-7448
(301) 805-5178 Fax
tleahy@byrdandbyrd.com

1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Notice of Lodging Under Seal was mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.

/s/

_____
Timothy P. Leahy, Bar No. 472964

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ROBERT KRAKAT and**<br>**DONALD KRAKAT,** | ) |
| | ) |
| | ) |
| **Plaintiffs** | ) |
| | ) |
| **v.** | ) **Case No:  1:07-cv-00693-** |
| **RCL** | |
| | ) |
| **BROOKS RANGE CONTRACT SERVICES, INC.,** | ) |
| | ) |
| **Defendant** | ) |
| | ) |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

<u>**NOTICE OF LODGING UNDER SEAL**</u>

     **NOW COME** the Plaintiffs Robert Krakat and Donald Krakat. (collectively "Plaintiffs"), by and through their undersigned counsel, and hereby files this Notice of Lodging Under Seal related to Documents filed with their Memorandum in Opposition to Defendant's Motion for Summary Judgment and Plaintiff's Motion for Leave to File Documents Under Seal.

                             Respectfully Submitted,

                             BYRD & BYRD, LLC

                             /s/

                             _____
                             Timothy P. Leahy, Bar No. 472964
                             14300 Gallant Fox Lane, Suite 120
                             Bowie, Maryland 20715
                             (301) 464-7448
                             (301) 805-5178 Fax
                             tleahy@byrdandbyrd.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 30, 2007, a copy of the foregoing Notice of Lodging Under Seal was mailed first class, postage pre-paid to:

Karen A. Doner, Esq.
Williams Mullen, P.C.
8720 Greensboro Drive, Suite 700
McLean, Virginia 22102
(703) 760-5200
(703) 748-0244
Attorneys for Defendant Brooks Range Contract Services, Inc.


/s/
_____
Timothy P. Leahy, Bar No. 472964