# IN THE UNITED STATES
## DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT KRAKAT, ET. AL.** | * |
| | *    CASE NO:   1:07-cv-00693-RCL |
| **Plaintiffs** | * |
| | * |
| v. | * |
| | * |
| **BROOKS RANGE CONTRACT SERVICES, INC.** | * |
| | * |
| **Defendant** | * |
| | * |

***********************************************************************

## ORDER

In consideration of the Plaintiff's Consent Motion for Leave to File Documents Under Seal, Plaintiff's Motion is **GRANTED** and the following documents will be filed under seal with the Court:

a     BRCS Docs. No. 1104 as Ex. 5 to the Memorandum in Opposition;

b.     BRCS Docs Nos. 1099 – 1103 as Ex. 7 to the Memorandum in Opposition;

c.     BRCS Docs Nos. 232 – 239 as Ex. 8 to the Memorandum in Opposition;

d.     BRCS Docs Nos. 747 and 951 as Ex. 13 to the Memorandum in Opposition.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on June 30, 2008.