UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, | ) <br> ) <br> ) |  |
| Plaintiffs, | ) <br> ) |  |
| v. | ) <br> ) | Civil Action No. 07-693 (RCL) |
| BROOKS RANGE CONTRACT <br> SERVICES, INC., | ) <br> ) <br> ) |  |
| Defendant. | ) <br> ) |  |

**ORDER**

FILED
JUL 31 2008
Clerk, U.S. District and
Bankruptcy Courts

In consideration of the argument before the Court during the motions hearing on July 30, 2008, it is hereby

ORDERED that the Clerk shall file with the Court the attached supplemental transcript material from the deposition of Ms. Farver, provided to the Court by defense counsel during the hearing.

SO ORDERED.

*/s/ Royce C. Lamberth*
Royce C. Lamberth, Chief Judge
July 31, 2008