# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT KRAKAT and**<br>**DONALD KRAKAT,** | ) ) ) | |
| **Plaintiffs,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 07-693 (RCL)** |
| **BROOKS RANGE CONTRACT**<br>**SERVICES, INC.,** | ) ) ) | |
| **Defendant.** | ) ) | |

**FILED**

**JUL 3 1 2008**

**Clerk, U.S. District and Bankruptcy Courts**

### ORDER

In consideration of the argument before the Court during the motions hearing on July 30, 2008, it is hereby

ORDERED that the Clerk shall file with the Court the attached supplemental transcript material from the deposition of Ms. Farver, provided to the Court by defense counsel during the hearing.

SO ORDERED.

*[signature]*

Royce C. Lamberth, Chief Judge
July 31, 2008

58

1    meeting -- well, strike that.

2                Was there anything else that you can

3    recall that was discussed regarding your

4    termination from Brooks Range at this meeting

10:18:15AM  5    with Mr. Leahy in March 2006?

6        A.    No.

7        Q.    Okay.  What was discussed at that

8    meeting regarding Donald Krakat's termination?

9        A.    We just discussed his termination.

10:18:32AM  10    That's a very open-ended question.  I don't know

11    exactly what you're looking for.

12        Q.    I just want you to tell me everything

13    that you can remember about what was discussed

14    at that meeting regarding Donald's termination.

10:18:49AM  15    I don't know what was discussed so I need to ask

16    it to you that way.

17                Tell me everything that you remember

18    about what was discussed regarding his

19    termination.

10:18:57AM  20        A.    We discussed the suspension and going

21    in with Kevin and Howard.  We discussed --

22        Q.    Kevin Heffern?

1      A.    Kevin and Howard.

2      Q.    Oh, I'm sorry, Kevin and Howard, okay.

3      A.    We discussed that -- the reason Brooks

4  Range gave them for putting them on suspension.

10:19:24AM  5  We discussed the day that they were terminated.

6      Q.    Anything else?

7      A.    And then we discussed legal options.

8      Q.    Anything else?  Did you say, no?

9      A.    No. I'm sorry.

10          MS. DONER:  I just need to make sure

11  the court reporter hears you.

12          I should have mentioned earlier too

13  she can only transcribe verbal responses.  She

14  can't really transcribe well if you nod your

10:20:02AM  15  head yes or no, so just try to answer clearly

16  for her.

17          Is that okay?

18      A.    Yes.

19      Q.    Okay.  What did you discuss regarding

10:20:13AM  20  Donald's suspension?

21      A.    That Kevin and Howard took him to the

22  office, told him he was being suspended due to

METRO REPORTERS, INC.
(703) 968-9796        FAX (703) 643-3039

1    allegations of theft, that they were pending an

2    investigation.  He was to return on Thursday at

3    10:00 a.m. for a meeting.

4         Q.   After meeting with Mr. Leahy, is that

10:20:42AM 5    something that Donald described to Mr. Leahy?

6         A.   We both put in our -- our knowledge.

7         Q.   Okay.  What was the knowledge that you

8    stated regarding his suspension?

9         A.   My knowledge came from different

10:21:03AM 10    sources.  I heard from Donny that he was being

11    placed on suspension for allegations of theft.

12    I heard from Kevin that Donny was being placed

13    on suspension for allegations of theft.  And

14    then I heard from Sandy who worked in the

10:21:26AM 15    government office, who couldn't believe that all

16    of this was happening, that they had placed Bob

17    and Donny on suspension for theft.

18         Q.   Did you have any other knowledge about

19    it, about Donald Krakat's suspension?

10:21:43AM 20         A.   No.

21         Q.   Okay.  What did Donny tell you that

22    day about his suspension?

         1          A.    That Kevin took him into the room,

         2    told him he was being suspended for allegations

         3    of theft, that there was going to be an

         4    investigation, and that they were to return on

10:22:02AM  5    Thursday at 10:00 a.m.

         6          Q.    What did Kevin tell you?

         7          A.    He told me, I don't know what's going

         8    on.  I didn't do this.  This isn't me.  People

         9    on the Hill said they stole something.  We have

10:22:27AM 10    to investigate.

        11          Q.    Did you ask him why Donny was

        12    suspended?

        13          A.    Yes.

        14          Q.    And that was his response?

10:22:40AM 15          A.    Yes.

        16          Q.    When he said that people on the Hill

        17    said that they had stole things, he was

        18    referring to Robert and Donald Krakat to your

        19    knowledge?  To both of them?

10:23:05AM 20          A.    What, the people on the Hill?  Who was

        21    that, is that what you're asking?

        22          Q.    When Kevin told you that the people on

1    the Hill, whoever that was that said they had

2    stolen something or some things, was it your

3    understanding that Mr. Heffern was talking about

4    both Robert and Donald Krakat having stolen

10:23:26AM  5    things?

6        A.    Both.  I confronted Kevin after both

7    were suspended.

8        Q.    Where did your conversation with Kevin

9    take place?

10:23:36AM 10        A.    In the doorway to his office.

11        Q.    Was anyone else present?

12        A.    No.

13        Q.    No one else would have heard that

14    conversation between you and Kevin?

10:23:55AM 15        A.    No.

16        Q.    Okay.  Did Kevin state anything else?

17        A.    No.

18        Q.    And you said you heard from Sandy in

19    the government office.  Who is Sandy?

10:24:06AM 20        A.    She was a contractor that worked with

21    Dave Rouse and Jerry Wessel.  She took all the

22    work orders from the residents and put them into

METRO REPORTERS, INC.
(703) 968-9796         FAX (703) 643-3039

1    the computer.

2        Q.    Do you know her last name?

3        A.    L-E-U-B-K-E-R-T.

4            MR. LEAHY:    Sorry, can you spell that

5    one more time?

6            THE WITNESS:    L-E-U-B-K-E-R-T.

7    BY MS. DONER:

8        Q.    What did she state to you?

9        A.    She called me and asked me if I had

10:24:53AM 10    heard that the Krakats were suspended for

11    allegations of theft.    She couldn't believe that

12    this had happened.

13            I told her that Kevin told me the

14    allegations came from the Hill.

10:25:08AM 15            And she said, they didn't come from up

16    here.    She said, Jerry's standing right here.

17    Jerry can't believe this is happening either.

18        Q.    Did she say anything else?

19        A.    I don't remember exact wording but

10:25:20AM 20    along the lines of, she really couldn't believe

21    this happened and Bob had worked there for

22    32 years, Stuff like that.    We talked on a daily

1    basis so there were other things said but --

2         Q.    Were you friends with her?

3         A.    No.  She was an acquaintance.

4         Q.    Just someone you worked with?

10:25:41AM 5    A.    Yes.

6         Q.    Okay.  And did she tell you how she

7    had heard about it?

8         A.    No.

9         Q.    Do you know how she heard about it?

10:25:53AM 10   A.    I can only assume so, no.

11        Q.    What is your assumption?

12        A.    Well, I assume Jerry.

13        Q.    Do you know how Jerry found out about

14   it?

10:26:03AM 15   A.    Again I can only assume, so, no.

16        Q.    But when she called you she seemed to

17   know that they had been suspended in regard to

18   these allegations of theft; is that correct?

19        A.    Yes.

10:26:23AM 20   Q.    Okay.  And how soon after the Krakats

21   were suspended did she contact you?

22        A.    It was that same afternoon kind of

1    thing.

2         Q.    Within a couple of hours would you

3    say?

4         A.    Oh, yes.

10:26:35AM 5         Q.    And your conversation that you

6    described with Kevin that took place after they

7    were suspended, do you recall approximately when

8    that conversation took place?

9         A.    That was immediately after they were

10:26:56AM 10    suspended.

11         Q.    Were you present when they were

12    suspended?  Were you present in the room when

13    they were suspended?

14         A.    No.

10:27:09AM 15         Q.    Okay.  Did that meeting -- did they

16    meet separately?  Did Howard and Kevin meet

17    separately with Donald and Robert, or were they

18    all together in the same room, do you know?

19         A.    For the suspension?

10:27:24AM 20         Q.    Yes.

21         A.    No.  I believe it was separate.

22         Q.    And who met with him first, Donald or

1   Robert?

2        A.    Donald.

3        Q.    And you weren't present inside the

4   room for either meeting; is that correct?

10:27:39AM  5        A.    No.

6        Q.    Okay.  And was it behind closed doors?

7        A.    It was in Kevin's office.

8        Q.    Okay.  Was the door closed?

9        A.    Yes.

10:27:51AM 10        Q.    Okay.  And could you hear what was

11   being discussed at that time?

12        A.    Yes.

13        Q.    Where did you sit or where were you at

14   that time in relation to Kevin's office?

10:27:58AM 15        A.    Outside the door.

16        Q.    Right outside the door?

17        A.    Yes.

18        Q.    Did you get up close to the door while

19   Donald was in there so that you could listen

10:28:11AM 20   better?

21        A.    I was at my desk, behind my desk.

22        Q.    Were you sitting at your desk or were

1    you standing?

2        A.    No.   I was standing.

3        Q.    Were you trying to get a better listen

4    so you could hear what was being stated inside

10:28:25AM  5    the office?

6            MR. LEAHY:   Objection.

7    BY MS. DONER:

8        Q.    Let me rephrase that.   Were you

9    standing in such a way that you were trying to

10:28:35AM 10    be able to hear more clearly what was being

11    stated inside the room?

12        A.    You don't really have to do that with

13    Howard's voice, so no.

14        Q.    Okay.   Was anyone else present?

10:28:48AM 15        A.    No.

16        Q.    Was Robert present with you?

17        A.    No.   He was in the shop.

18        Q.    And no one else was there at the time,

19    you were alone outside of Kevin's office?

10:29:00AM 20        A.    Yes.

21        Q.    Tell me everything that you heard

22    being stated during that meeting with Donald

1    Krakat.

2         A.    I don't -- Donny said, what?  What are

3    you talking about?  I didn't hear anything from

4    Kevin.

10:29:26AM 5         And then Howard told them that they

6    were being -- told Donny he was being

7    investigated and would come back on Thursday.

8         Q.    Did you hear Howard say anything else?

9         A.    No.

10:29:43AM 10    Q.    Did you hear anyone else say anything

11   else --

12        A.    No.

13        Q.    -- other than what you just stated?

14        A.    Sorry, no.

10:29:52AM 15    Q.    So the only thing that you heard

16   Howard state was that Donald was being

17   investigated and to come back on Thursday; is

18   that correct?

19        A.    Yes.

10:29:59AM 20    Q.    Did you hear Howard or anyone else say

21   anything about theft, or did you only learn

22   about that afterwards?

1      A.    What do you mean anyone else?

2      Q.    Kevin or anyone else in the room.

3      A.    During the meeting?

4      Q.    Yes.

5      A.    During the meeting?

6      Q.    Yes.

7      A.    No.

8      Q.    And that's all you heard during the

9    meeting was what you just described, correct?

10:30:38AM  10      A.    Yes.

11      Q.    Okay.  And then what happened when the

12    meeting was over?

13      A.    Kevin escorted Donny outside.

14      Q.    Did you speak to Donny?

10:30:45AM  15      A.    Yes.

16      Q.    When did you speak to him, outside or

17    while he was still inside?

18      A.    Outside by the car.

19      Q.    When Kevin escorted Donny outside, did

10:31:01AM  20    Kevin stay with him or did Kevin leave?

21      A.    What do you mean stay with him?

22      Q.    Did Kevin stay and talk to Donny

1    outside or did he just bring him outside and

2    then leave?

3        A.    He left.

4        Q.    Okay.   And then you spoke to Donny at

10:31:20AM  5    that point?

6        A.    Yes.

7        Q.    Okay.   So Kevin was not present when

8    you spoke to Donny; is that correct?

9        A.    No.

10:31:27AM 10        Q.    Was anyone else present?

11        A.    Not that I remember.

12        Q.    Was this out by Donny's car?

13        A.    By all the cars.

14        Q.    Okay.   Were you standing though at his

10:31:36AM 15    car at the time?

16        A.    No.   I was just in the parking lot.

17        Q.    Okay.   Tell me about that

18    conversation.   What did you say and what did

19    Donny say?

10:31:45AM 20        A.    I asked him what happened.

21            He told me that they put him on

22    suspension for allegations of theft, that there

1    was going to be an investigation, and that they

2    were to come back on Thursday -- or that he was

3    to come back on Thursday.

4        Q.    And did you say anything?

10:32:08AM  5        A.    Yeah.  I asked him what he supposedly

6    stole.

7        Q.    And what did he say?

8        A.    He said they wouldn't name anything.

9        Q.    Did you all discuss anything else?

10:32:27AM 10        A.    No.

11        Q.    And your conversation that you

12    described earlier with Kevin, did that take

13    place after your conversation with Donny?

14        A.    Yes.

10:32:42AM 15        Q.    Okay.  So you -- I assume you came

16    back inside after your conversation with Donny

17    and you spoke to Kevin; is that correct?

18        A.    When I came back in I believe Kevin

19    was in with Robert.

10:32:53AM 20        Q.    Okay.  All right.  Where were you when

21    they were meeting with Robert?

22        A.    I was outside with Donny.

1    Q.    When you came back inside though were

2    they still meeting or had it ended?

3    A.    I don't remember.

4    Q.    Okay.  Did you hear anything about

10:33:16AM  5    what was stated during the meeting with Robert?

6    A.    Did I hear, myself, or did I hear from

7    other people?

8    Q.    Did you hear?

9    A.    No.  I did not hear about the meeting.

10:33:33AM  10    Q.    Okay.  Were you there when Robert came

11    out of the meeting?

12    A.    Yes.

13    Q.    Okay.  And what happened when he came

14    out?

10:33:42AM  15    A.    He said, this was bullshit, that Kevin

16    knew that he didn't steal anything.  Kevin was

17    just trying to get rid of them because he knew

18    Bob was his biggest obstacle, and that he was

19    going to the Hill.

10:34:03AM  20    Q.    He told you he was going to the Hill;

21    is that correct?

22    A.    Yes.

                1       Q.    Did he say anything else?

                2       A.    Not to me.

                3       Q.    Did you hear him say anything to

                4    anyone else?

10:34:18AM      5       A.    I'm sure he talked to other people but

                6    I don't know.

                7       Q.    Okay.  Was he escorted out of the

                8    building as well?

                9       A.    I don't know.

10:34:28AM     10       Q.    When Robert said that to you, was

               11    anyone else present?

               12       A.    Donny.

               13       Q.    Okay.  So this conversation took place

               14    outside then in the parking lot?

10:34:48AM     15       A.    It was between the shop and the

               16    parking lot.

               17       Q.    After you spoke to Donny, had you come

               18    back into the building or were you still out in

               19    the parking lot waiting for Robert?

10:35:05AM     20       A.    I came back into the shop part of the

               21    building, not into the office.

               22       Q.    Okay.  So you never saw Robert go into

1    the room for the meeting?

2         A.    No.

3         Q.    Or come out of the room; is that

4    correct?

10:35:24AM 5         A.    Correct.

6         Q.    Okay.  Was anyone else present other

7    than you, Donny, and Robert for that discussion

8    with Robert?

9         A.    Kevin might have been there.  We

10:35:34AM 10   weren't discussing like privately or anything.

11   He was mad.  So Kevin might have heard, but I

12   can't tell you if he did or not.

13        Q.    Okay.  And then did Robert leave and

14   did Donny leave?

10:35:50AM 15        A.    Robert -- yeah.  They got in their

16   car.

17        Q.    Together?

18        A.    Yes.

19        Q.    Okay.  And what did you do?

10:35:57AM 20        A.    That's when I went back inside and

21   asked Kevin what was going on.

22        Q.    Did you speak to Howard when you went

1  back inside?

2       A.    No.

3       Q.    So when you went back inside and spoke

4  to Kevin, you had already known about the

10:36:17AM  5  allegations of theft because Donny had told you;

6  is that correct?

7       A.    Yes.

8       Q.    Okay.  And your conversation with

9  Sandy Leubkert -- that's how you pronounce her

10:36:39AM  10  name -- was sometime after your conversation

11  with Kevin that day; is that correct?

12       A.    Yes.

13       Q.    Okay.  Before you left to go home that

14  day, did you speak to either Robert or Donny

10:36:51AM  15  again either on the phone or in person before

16  you left to leave for the day?

17       A.    I'm sure I did.

18       Q.    Okay.  Do you think you spoke to them

19  on the telephone?

10:37:03AM  20       A.    Cellphone, yeah, the direct connect.

21       Q.    Did they ask you to get any

22  information for them?