UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT KRAKAT and<br>DONALD KRAKAT,<br><br>               Plaintiffs,<br><br>v.<br><br>BROOKS RANGE CONTRACT SERVICES, INC.,<br><br>               Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No: 1:07-cv-00693-RCL<br>)<br>)<br>)<br>)<br>) |

## ORDER

UPON CONSIDERATION of Defendant Brooks Range Contract Services, Inc.'s ("Defendant" or "BRCS") Motion [55] to Strike and/or to Exclude from Evidence Plaintiffs' Interrogatory Answer Incorporating *De Facto* Expert Report, the opposition and reply thereto, it is hereby

ORDERED that Defendant's Motion be, and is hereby, DENIED as moot in light of the Court's Order issued this date dismissing this case.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, on August 12, 2008.