UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROBERT KRAKAT and <br> DONALD KRAKAT, <br><br> Plaintiffs, <br><br> v. <br><br> BROOKS RANGE CONTRACT <br> SERVICES, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Civil Action No. 07-693 (RCL) |

## ORDER

Now comes before the Court defendant's Motion [48] for Summary Judgement. Upon consideration of defendant's motion, plaintiffs' opposition [51], defendant's reply [54], the argument before the Court on July 30, 2008, defendant's supplemental material [59] filed on July 31, 2008, all applicable law and the entire record herein, it is hereby

ORDERED that defendant's Motion [48] for Summary Judgement be, and hereby is, GRANTED for the reasons set forth in the Court's Memorandum Opinion to issue this day; and it is further

ORDERED that plaintiffs' claims against defendant are dismissed with prejudice.

SO ORDERED.

Signed by Royce C. Lamberth, Chief Judge, August 12, 2008.